# United States District Court
# Eastern District of California

| | |
|---|---|
| Jeronimo Mantar<br>Plaintiff(s)<br><br>V.<br><br>Warden of Broward Transitional Center et al<br>Defendant(s) | Case Number: 1:26-cv-06268-TLN-SCR<br><br>APPLICATION FOR PRO HAC VICE<br>AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Claudia Nancy Phaneuf hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amilcar Jeronimo Mantar

On 01/11/2008 (date), I was admitted to practice and presently in good standing in the U.S. Dist. Ct. of Southern District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/17/2026 Signature of Applicant: /s/ Claudia Nancy Phaneuf

**Pro Hac Vice Attorney**

Applicant's Name: Claudia Nancy Phaneuf

Law Firm Name: Immigration Counsels LLC

Address: 7301 Wiles Rd, Suite 205

City: Coral Springs State: FL Zip: 33067

Phone Number w/Area Code: (305) 720-2937

City and State of Residence: Coconut Creek, Florida

Primary E-mail Address: cphaneuf@immigrationcounselsllc.com

Secondary E-mail Address: info@immigrationcounselsllc.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Chien-Yu Michael Wang

Law Firm Name: Wilner & O'Reilly

Address: 2730 Gateway Oaks Drive | Suite 208

City: Sacramento, State: CA Zip: 95833

Phone Number w/Area Code: (916) 643-4657 Bar # CA 265875

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 09/10/2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE